**Order entered August 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00524-CV

**BRIAN CAYCE BERTRAND, Appellant**

**V.**

**JOHN DAVID BERTRAND, ET AL., Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-15646**

## ORDER

We **GRANT** appellant's August 19, 2013 motion for an extension of time to file a brief.

Appellant shall file his brief on or before Monday, August 26, 2013.

We **DENY** appellant's August 19, 2013 motion to exceed the page limit of his brief.


/s/     DAVID LEWIS
         JUSTICE